# PROCEEDING MEMO

Date: 11/07/2018 10:00 am

In re: Glen P. Miskovish and Susan R. Miskovish

Bankruptcy No. 17-23458-CMB
Chapter: 13
Doc. # 53

**Appearances:**

**Movant(s):** ~~Winnecour / Pail / Katz~~ / DeSimone

**Respondent(s):** James C. Warmbrodt

**Creditor(s):**

**Nature of Proceeding:** Trustee's Motion to Deem Mortgage Paid in Full and to Motion to Compel Production of Proof of Satisfaction

**Additional Pleadings:** #53 Certificate of Service; #58 Response of Wilmington Savings Fund Society

**Judge's Notes:** DeSimone: don't believe satisfaction piece has been filed. Motion granted.

**Outcome:**

✓ Motion is GRANTED  ✓ Order Entered

____ Motion is DENIED____Order entered

____ Motion WITHDRAWN

____ Motion is DISMISSED____Order entered

____ Reschedule for Proper Service

____ Case DISMISSED____Order entered

____ Parties to submit Order/Settlement/Stipulation by____days

____ CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed____days

____ Briefs to be filed:    Movant(s) brief due____days
    Respondent(s) brief due____days
    Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/8/18 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA