IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Glen P. Miskovish<br>Susan R. Miskovish<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br><br>        Movant(s)<br><br>vs.<br>Wilmington Savings Bank Funds Society<br>FSB, DBA Christiana Trust, not in its<br>Individual capacity, but solely in its<br>Capacity as Owner Trustee for WF 19<br>Grantor Trust<br>        Respondent(s) | Case No.17-23458CMB<br>Chapter 13<br><br>Re Claim: 15<br><br>Related to Document No. 53 |

## ORDER OF COURT

AND NOW, this __7th__ day of __November__, 2018, upon consideration of the Trustee's Motion, it is

ORDERED that the Trustee's Motion is granted. The Respondent, PNC Bank, is hereby

ORDERED, to provide to the Trustee and Debtor's counsel documentary proof of satisfaction of Debtor's mortgage within 30 days of this Order. The Trustee is authorized to distribute the funds accruing for this creditor to remaining creditors in accordance with the confirmed plan.

BY THE COURT:

_/s/ Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

FILED
11/8/18 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Glen P. Miskovish  
Susan R. Miskovish  
      Debtors

Case No. 17-23458-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 08, 2018  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db/jdb     +Glen P. Miskovish,    Susan R. Miskovish,    378 Rocktown Rd,    Tarrs, PA 15688-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:

      James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bkgroup@kmllawgroup.com  
      Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Mark G. Moynihan    on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
      Mark G. Moynihan    on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                  TOTAL: 6