IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　　Debtor(s) | Bankruptcy No.  17-23458-CMB<br><br>Chapter 13 |
| GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　　Movant(s)<br><br>　　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>　　　Respondent(s) | Related to Document No. 69, 70<br><br>Related to Claim: 8<br><br>Hearing Date: September 9, 2020 at 10:30AM |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM 8**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **July 29, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objection was to be filed and served no later than **August 15, 2020**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　　　MOYNIHAN LAW, P.C.

Dated: August 18, 2020　　　　　　　　By:　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　　　　　　2 Chatham Center, Suite 230
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (412) 889-8535
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (800) 997-8192
　　　　　　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net