IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy No.  17-23458-CMB
GLEN P. MISKOVISH
SUSAN R. MISKOVISH
        Debtor(s)                                        Chapter 13

GLEN P. MISKOVISH                                        Related to Document No. 71, 72
SUSAN R. MISKOVISH
        Movant(s)

                                                          Related to Claim: 10

        v.

                                                          Hearing Date: September 9, 2020 at 10:30AM

MIDLAND FUNDING, LLC
RONDA J. WINNECOUR, TRUSTEE
        Respondent(s)

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM 10**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **July 29, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objection was to be filed and served no later than **August 15, 2020**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

                                                          MOYNIHAN LAW, P.C.

Dated: August 18, 2020                    By:      /s/ Mark G. Moynihan
                                                          Mark G. Moynihan, Esquire
                                                          Attorney for Debtor(s)
                                                          PA 307622
                                                          2 Chatham Center, Suite 230
                                                          Pittsburgh, PA 15219
                                                          Phone:  (412) 889-8535
                                                          Fax:  (800) 997-8192
                                                          Email: mark@moynihanlaw.net