IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　　Debtor(s) | Bankruptcy No. 17-23458-CMB<br><br>Chapter 13 |
| GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　　Movant(s)<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>　　　Respondent(s) | Related to: Document No. 65<br><br>Related to Claim: 6 |

## ORDER OF COURT

AND NOW, this __19th__, day of __August__, 20__20__, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

　　1.　　Claim 6 filed by Portfolio Recovery Associates, LLC is DISALLOWED; and

　　2.　　Portfolio Recovery Associates, LLC shall not file an amended, modified or substitute claim in this case.

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_　　glb
　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　8/19/20 2:00 pm
　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Glen P. Miskovish  
Susan R. Miskovish  
      Debtors

Case No. 17-23458-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Aug 19, 2020  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db/jdb        +Glen P. Miskovish,    Susan R. Miskovish,    378 Rocktown Rd,    Tarrs, PA 15688-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

         James Warmbrodt     on behalf of Creditor     Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bkgroup@kmllawgroup.com  
         Laurence A. Mester     on behalf of Creditor     Capital One Auto Finance lmester@mesterschwartz.com, jschwartz@mesterschwartz.com  
         Mark G. Moynihan     on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan     on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                         TOTAL: 6