IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>    Debtor(s) | Bankruptcy No.  17-23458-CMB<br><br>Chapter 13 |
| GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>    Movant(s)<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to: Document No. 67<br><br>Related to Claim: 7<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __19th__, day of __August__, 20 __20__, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. Claim 7 filed by Portfolio Recovery Associates, LLC is DISALLOWED; and

2. Portfolio Recovery Associates, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/19/20 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                         Case No. 17-23458-CMB
Glen P. Miskovish                                                                              Chapter 13
Susan R. Miskovish
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr                    Page 1 of 1              Date Rcvd: Aug 19, 2020
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db/jdb         +Glen P. Miskovish,    Susan R. Miskovish,    378 Rocktown Rd,    Tarrs, PA 15688-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but
               solely in its capacity as Owner Trustee for WF 19 Grantor bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Mark G. Moynihan    on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6