IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy No.  17-23458-CMB
GLEN P. MISKOVISH
SUSAN R. MISKOVISH
          Debtor(s)                                       Chapter 13

GLEN P. MISKOVISH
SUSAN R. MISKOVISH                                        Related to: Document No. 73
          Movant(s)
                                                          Related to Claim: 11
          v.

                                                          **ENTERED BY DEFAULT**
MIDLAND FUNDING, LLC
RONDA J. WINNECOUR, TRUSTEE
          Respondent(s)

## ORDER OF COURT

AND NOW, this ____19th____, day of _____August_____, 20 _20_ , upon consideration of

the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and

DECREED:

1.      Claim 11 filed by Midland Funding, LLC is DISALLOWED; and

2.      Midland Funding, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/19/20 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23458-CMB
Glen P. Miskovish                                                       Chapter 13
Susan R. Miskovish
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Aug 19, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db/jdb         +Glen P. Miskovish,    Susan R. Miskovish,    378 Rocktown Rd,    Tarrs, PA 15688-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
              Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but
              solely in its capacity as Owner Trustee for WF 19 Grantor bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
              jschwartz@mesterschwartz.com
              Mark G. Moynihan    on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net,
              moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net,
              moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 6