IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　Debtor(s) | Bankruptcy No. 17-23458-CMB<br><br>Chapter 13 |
| GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　Movant(s) | Related to Document No. 101, 102<br><br>Hearing Date: January 27, 2021 at 10:00AM |
| v. | |
| EAST END TRIAL GROUP, LLC<br>MOYNIHAN LAW, PC<br>RONDA J. WINNECOUR, TRUSTEE<br>　　Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' MOTION TO APPROVE SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on December 23, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **January 9, 2021**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MOYNIHAN LAW, PC

Dated: January 12, 2021　　　　By:　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　2 Chatham Center, Suite 230
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone:  (412) 889-8535
　　　　　　　　　　　　　　　　　　Fax:  (800) 997-8192
　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net