IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
GLEN P. MISKOVISH  
SUSAN R. MISKOVISH  
    Debtor(s)

Bankruptcy No. 17-23458-CMB

Chapter 13

GLEN P. MISKOVISH  
SUSAN R. MISKOVISH  
    Movant(s)

Related to: Document No. 101

**ENTERED BY DEFAULT**

v.

EAST END TRIAL GROUP, LLC  
MOYNIHAN LAW, PC  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this **13th** day of **January** 20**21**, upon consideration of the ***MOTION TO APPROVE SPECIAL COUNSEL*** filed at Doc. No. **101** (the "Application"), it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) East End Trial Group, LLC, 6901 Lynn Way, Suite 215, Pittsburgh, PA 15208 and Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219 are hereby appointed as ***Special Counsel*** for the Estate/Debtors pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtors in prosecuting claims against Portfolio Recovery Associates, LLC and related parties giving rise to the Debtors' claims for relief due to unlawful debt collection efforts as referenced to in the foregoing Motion provided however, no settlement of any claim is to occur without prior Court Order after notice and hearing.

(3) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) ***Applicant shall serve this Order on all interested parties and file a certificate of service.***

FILED  
1/13/21 7:39 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

*Carlota M. Böhm*    glb  
Carlota M. Böhm  
Chief United States Bankruptcy Judge

cc: Debtors  
    Counsel  
    Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Mark G. Moynihan | on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-2　　　　　　　　　　　　　　User: dpas　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 13, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　Total Noticed: 1

Ronda J. Winnecour
       ustpregion03.pi.ecf@usdoj.gov
       cmecf@chapter13trusteewdpa.com

TOTAL: 6