**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br><br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>    Movant<br>  vs.<br>DIANE FIGG**<br><br>    Respondents | Case No. 17-23458CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

> CREDITOR INDICATED THEY WILL NOT ACCEPT PARTIAL PAYMENTS.

| | |
|---|---|
| DIANE FIGG**<br>314 PORTER AVE STE A<br>SCOTTDALE, PA 15683 | Court claim# /Trustee CID# 5 |

The Movant further certifies that on 01/25/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br> original creditor<br> putative creditor<br> counsel for debtor(s)<br> counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA 15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
GLEN P. MISKOVISH, SUSAN R. MISKOVISH, 378 ROCKTOWN RD, TARRS, PA  15688

DEBTOR'S COUNSEL:
MARK G MOYNIHAN ESQ, MOYNIHAN LAW PC, 112 WASHINGTON PL STE 230, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
DIANE FIGG**, 314 PORTER AVE STE A, SCOTTDALE, PA  15683

NEW CREDITOR: