IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>     Debtor(s) | Bankruptcy No.  17-23458-CMB<br><br>Chapter 13<br><br>Related to Document No. 109, 110 |
| GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>     Movant(s) | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>     Respondent(s) | |

**CERTIFICATE OF SERVICE OF
AMENDED SCHEDULES B, C, AND G DATED JANUARY 27, 2021 [Dkt. 109]**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **January 29, 2021**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

MOYNIHAN LAW PC

Executed on: January 29, 2021    By:    /s/ Mark G. Moynihan
Mark G. Moynihan
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net

Attorney for Debtor(s)

**Service by NEF**

Laurence A. Mester on behalf of Creditor Capital One Auto Finance
lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Mark G. Moynihan on behalf of Debtor Glen P. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Susan R. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Americredit Financial Services, Inc. A/C dba<br>P O BOX 183853<br>Arlington, TX 76096-3853 | ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Alliance One<br>4850 Street Rd Ste 300<br>Feasterville Trevose, PA 19053-6643 | Berkheimer<br>403 S 3rd St, 2nd Floor, Suite B<br>Youngwood, PA 15697-5101 | Berkheimer<br>HAB-LST<br>P.O. Box 25156<br>Lehigh Valley, PA 18002-5156 |
| Berks Credit & Collections<br>900 Corporate Dr<br>Reading, PA 19605-3340 | CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 | Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA) NA<br>PO Box 26625<br>Richmond, VA 23261-6625 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |

| | | |
|---|---|---|
| Children's Hospital<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 | Citifinancial<br>2480 East Market Street<br>York, PA 17402-2409 | Citifinancial<br>605 Munn Rd E<br>C/S Care Depot<br>Fort Mill, SC 29715-8421 |
| Comenity Bank<br>PO Box 182272<br>Columbus, OH 43218-2272 | Comenity Bank/HSN<br>P.O. Box 5690707<br>San Antonio, TX 78265-9707 | Comenity Bank/Lane Bryant<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 |
| Diane L. Figg<br>314 Porter Ave Ste A<br>Scottdale, PA 15683-1262 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Ditech Financial Llc<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101-1314 | Excela Health Medical Group<br>P.O. Box 645189<br>Pittsburgh, PA 15264-5189 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | Frick Hospital<br>Industrial Park Rd Ste 2400<br>Greensburg, PA 15601 | GLHEC & Aff: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kreinbrook Psychological<br>40 Huff Ave<br>Greensburg, PA 15601-5484 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>Warren MI 48090-2011 | Midland Credit Management, Inc.<br>3111 Camino Del Rio North<br>Suite 1300<br>San Diego, CA 92108-5750 | Midland Funding, LLC<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| Navient<br>123 S Justison St Ste 30<br>Wilmington, DE 19801-5363 | Navient<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient CFC<br>c/o Navient Solutions, LLC<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |

| | | |
|---|---|---|
| Navient Solutions, LLC. on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain<br>Attn: Bankruptcy<br>601 NW 2nd St<br>Evansville, IN 47708-1013 | OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | Onemain Financial<br>6801 Colwell Blvd<br>Attn C/S Care Dept<br>Irving, TX 75039-3198 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Publisher's Clearing House<br>P.O. Box 6344<br>Harlan, IA 51593-1844 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 |
| Specialized Loan Servicing, LLC<br>P.O. Box 630147<br>Littleton, CO 80163-0147 | Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | Toyota Motor Credit<br>240 Gibraltar Rd Ste 260<br>Horsham, PA 19044-2387 |
| U.S. Bank, N.A. as trustee for Manufactured<br>c/o Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | UPMC<br>2 Hot Metal Street, Rm 386<br>Pittsburgh, PA 15203-2348 | UPMC<br>Quantum 1 Building<br>2 Hot Metal Street<br>Pittsburgh, PA 15203-2348 |
| United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 | Westmoreland County Tax Claim Bureau<br>40 N. Pennsylvania Ave. Suite 109<br>Greensburg, PA 15601-2341 | Westmoreland Hospital<br>532 W. Pittsburgh Street<br>Greensburg, PA 15601-2282 |
| Wilmington Savings Fund Society, FSB Trustee(See410)<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Glen P. Miskovish<br>Susan R. Miskovish<br>378 Rocktown Rd<br>Tarrs, PA 15688-2129 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |