IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>    Debtor(s)<br><br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>    Movant(s)<br><br>    v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Bankruptcy No. 17-23458-CMB<br><br>Chapter 13<br><br>Related to Document No. 113, 117 |

**CERTIFICATE OF SERVICE OF ORDER DATED FEBRUARY 16, 2021 [Doc 117], NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED PLAN DATED FEBRUARY 15, 2021 [Doc 113]**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 16, 2021**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                                                   MOYNIHAN LAW PC

Executed on: <u>February 16, 2021</u>        By:    <u>/s/ Mark G. Moynihan</u>
                                                                                   Mark G. Moynihan, Esq.
                                                                                   PA 307622
                                                                                   2 Chatham Center, Suite 230
                                                                                  Pittsburgh, PA 15219
                                                                                  Phone: (412) 889-8535
                                                                                  Fax: (800) 997-8192
                                                                                  Email: mark@moynihanlaw.net

                                                                                  Attorney for Debtor(s)

**Service by NEF**

Kevin Abramowicz on behalf of Plaintiff Glen P. Miskovish
kabramowicz@eastendtrialgroup.com

Kevin Abramowicz on behalf of Plaintiff Susan R. Miskovish
kabramowicz@eastendtrialgroup.com

Laurence A. Mester on behalf of Creditor Capital One Auto Finance
lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Mark G. Moynihan on behalf of Debtor Glen P. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Susan R. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Plaintiff Glen P. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Plaintiff Susan R. Miskovish
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Americredit Financial Services, Inc.
A/C dba
P O BOX 183853
Arlington, TX 76096-3853

ASCENDIUM EDUCATION SOLUTIONS INC
2501 INTERNATIONAL LANE
MADISON WI 53704-3180

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Alliance One
4850 Street Rd Ste 300
Feasterville Trevose, PA 19053-6643

Berkheimer
403 S 3rd St, 2nd Floor, Suite B
Youngwood, PA 15697-5101

Berkheimer
HAB-LST
P.O. Box 25156
Lehigh Valley, PA 18002-5156

Berks Credit & Collections
900 Corporate Dr
Reading, PA 19605-3340

CBCS
P.O. Box 2724
Columbus, OH 43216-2724

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093-7864

Capital One Auto Finance c/o AIS
Portfolio Services, LP f/k/a AIS Data
Services d/b/a/ Ascension Capital
Group
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank (USA) NA
PO Box 26625
Richmond, VA 23261-6625

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Children's Hospital
P.O. Box 371472
Pittsburgh, PA 15250-7472

Citifinancial
2480 East Market Street
York, PA 17402-2409

Citifinancial
605 Munn Rd E
C/S Care Depot
Fort Mill, SC 29715-8421

Comenity Bank
PO Box 182272
Columbus, OH 43218-2272

Comenity Bank/HSN
P.O. Box 5690707
San Antonio, TX 78265-9707

Comenity Bank/Lane Bryant
P.O. Box 659728
San Antonio, TX 78265-9728

Diane L. Figg
314 Porter Ave Ste A
Scottdale, PA 15683-1262

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL
SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101-1314

Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264-5189

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104-4868

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228-3609

Frick Hospital
Industrial Park Rd Ste 2400
Greensburg, PA 15601

GLHEC & Aff: GLHEGC, NELA,
USAF
PO Box 8961
Madison WI 53708-8961

GM Financial
PO Box 181145
Arlington, TX 76096-1145

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Kreinbrook Psychological
40 Huff Ave
Greensburg, PA 15601-5484

MIDLAND FUNDING LLC
PO BOX 2011
Warren MI 48090-2011

Midland Credit Management, Inc.
3111 Camino Del Rio North
Suite 1300
San Diego, CA 92108-5750

Midland Funding, LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Navient
123 S Justison St Ste 30
Wilmington, DE 19801-5363

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773-9500

Navient CFC
c/o Navient Solutions, LLC
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, LLC. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit
E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

NewRez LLC d/b/a Shellpoint
Mortgage Servici
P.O. Box 10826
Greenville, SC 29603-0826

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain
Attn: Bankruptcy
601 NW 2nd St
Evansville, IN 47708-1013

OneMain Financial
PO Box 1010
Evansville, IN 47706-1010

Onemain Financial
6801 Colwell Blvd
Attn C/S Care Dept
Irving, TX 75039-3198

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Dept of Revenue
Bankruptcy/Collection Unit
10th Floor Strawberry Square
4th & Walnut Streets
Harrisburg, PA 17128-0001

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC
Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Publisher's Clearing House
P.O. Box 6344
Harlan, IA 51593-1844

Specialized Loan Servicing, LLC
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing, LLC
P.O. Box 630147
Littleton, CO 80163-0147

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

Toyota Motor Credit
240 Gibraltar Rd Ste 260
Horsham, PA 19044-2387

U.S. Bank, N.A. as trustee for
Manufactured
c/o Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

UPMC
2 Hot Metal Street, Rm 386
Pittsburgh, PA 15203-2348

UPMC
Quantum 1 Building
2 Hot Metal Street
Pittsburgh, PA 15203-2348

United Student Aid Funds, Inc
(USAF)
PO Box 8961
Madison WI 53708-8961

Westmoreland County Tax Claim
Bureau
40 N. Pennsylvania Ave. Suite 109
Greensburg, PA 15601-2341

Westmoreland Hospital
532 W. Pittsburgh Street
Greensburg, PA 15601-2282

Wilmington Savings Fund Society,
FSB Trustee(See410)
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-
2386

Glen P. Miskovish
Susan R. Miskovish
378 Rocktown Rd
Tarrs, PA 15688-2129

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702