IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy No.  17-23458-CMB
GLEN P. MISKOVISH
SUSAN R. MISKOVISH
    Debtor(s)                               Chapter 13

GLEN P. MISKOVISH                               Related to Document No. 120
    Movant

    v.

EASLEY & RIVERS, INC.
RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

## CERTIFICATE OF SERVICE OF
## ORDER TO TERMINATE WAGE ATTACHMENT

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on February 17, 2021.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served by First-Class Mail:

Easley & Rivers, Inc.
207 Townsend Drive
Monroeville, PA 15146

                                Respectfully submitted,

                                MOYNIHAN LAW PC

Dated: February 17, 2021            By:    /s/ Mark G. Moynihan
                                Mark G. Moynihan, Esq.
                                PA 307622
                                2 Chatham Center, Suite 230
                                Pittsburgh, PA 15219
                                Phone:  (412) 889-8535
                                Fax:  (800) 997-8192
                                Email: mark@moynihanlaw.net

                                Attorney for Debtor(s)/Movant(s)