IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>    Debtor(s) | Bankruptcy No. 17-23458-CMB<br><br>Chapter 13 |
| SUSAN R. MISKOVISH<br>    Movant(s) | Related to Document No. 119 |
| v. | |
| RENT A CENTER EAST INC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
AND LOCAL FORM 12, NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on February 17, 2021.

The type(s) of service made on the parties was: first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served by First-Class Mail:

Rent A Center East Inc
Attn: Payroll Department
5501 Headquarters Drive
Plano, TX 75024

                                              Respectfully submitted,

                                              MOYNIHAN LAW PC

Dated: February 17, 2021            By:   /s/ Mark G. Moynihan
                                                            Mark G. Moynihan
                                                            PA 307622
                                                           2 Chatham Center, Suite 230
                                                           Pittsburgh, PA 15219
                                                           Phone:  (412) 889-8535
                                                           Fax:  (800) 997-8192
                                                           Email: mark@moynihanlaw.net

                                                           Attorney for Debtor(s)/Movant(s)