IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
GLEN P. MISKOVISH  
SUSAN R. MISKOVISH  
    Debtor(s)

Bankruptcy No. 17-23458-CMB

Chapter 13

GLEN P. MISKOVISH  
    Movant

Related to: Document No. 116

v.

EASLEY & RIVERS, INC.  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER OF COURT

AND NOW, this __17th__ day of __February__, 20__21__, upon consideration of the Motion to Terminate Wage Attachment as to Easley & Rivers, Inc., it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and the wage attachment order dated September 6, 2018 (Dkt. 46) with Easley & Rivers, Inc. is TERMINATED.

BY THE COURT:

*Carlota M. Böhm*    glb  
Carlota M. Böhm  
Chief United States Bankruptcy Judge

FILED  
2/17/21 12:37 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glen P. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |
| | + | Easley & Rivers, Inc., 207 Townsend Drive, Monroeville, PA 15146-1065 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Kevin Abramowicz | |
| | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com |
| Kevin Abramowicz | |
| | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com |
| Laurence A. Mester | |
| | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Mark G. Moynihan | |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 2

|  |  |
|---|---|
|  | on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10