**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 17-23458-CMB |
| | : | |
| GLEN MISKOVISH | : | Chapter 13 |
| SUSAN MISKOVISH | : | |
|    Debtors | : | |
| | : | |
| | : | |
| GLEN MISKOVISH, SUSAN MISKOVISH, individually and on behalf of all others similarly situated, | : | Adv. Proc. No. 21-02006-CMB |
| | : | |
| | : | Related to Doc. No. 16 |
|    Plaintiffs, | : | |
| | : | |
|    v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| | : | |
|    Defendant. | : | |

## ORDER OF COURT

AND NOW, THIS ___8th___ day of ___March___, 20__21__, upon consideration of Plaintiffs' Consent Motion for Consolidation , it is hereby ORDERED, ADJUDGED and DECREED as follows:

1) Adv. Proc. Case No. 21-02007-GLT and 21-02008-JAD are hereby CONSOLIDATED into Adv. Proc. Case No. 21-02006-CMB.

2) Any pending motions in 21-02007-GLT and 21-02008-JAD are DENIED AS MOOT.

3) By March 19, 2021, the Plaintiffs shall file a single, combined complaint, which will govern this case.

4) This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

5)     The Clerk shall docket this Order in the following cases:

    a.     Skowronski v. Portfolio Recovery Associates, LLC
(Adv. Proc. No. 21-02007-GLT)

    b.     Turner v. Portfolio Recovery Associates, LLC
(Adv. Proc. No. 21-02008-JAD)

BY THE COURT:

FILED
3/8/21 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge