# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 17-23458-CMB |
| | : | |
| GLEN MISKOVISH | : | Chapter 13 |
| SUSAN MISKOVISH | | |
|     Debtors | : | |
| | | |
| GLEN MISKOVISH, SUSAN MISKOVISH, individually and on behalf of all others similarly situated, | : | Adv. Proc. No. 21-02006-CMB |
| | : | Related to Doc. No. 16 |
|     Plaintiffs, | : | |
| v. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
|     Defendant. | : | |

## ORDER OF COURT

AND NOW, THIS __8th__ day of __March__, 20__21__, upon consideration of Plaintiffs' Consent Motion for Consolidation, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1) Adv. Proc. Case No. 21-02007-GLT and 21-02008-JAD are hereby CONSOLIDATED into Adv. Proc. Case No. 21-02006-CMB.

2) Any pending motions in 21-02007-GLT and 21-02008-JAD are DENIED AS MOOT.

3) By March 19, 2021, the Plaintiffs shall file a single, combined complaint, which will govern this case.

4) This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

5) The Clerk shall docket this Order in the following cases:

    a. Skowronski v. Portfolio Recovery Associates, LLC
(Adv. Proc. No. 21-02007-GLT)

    b. Turner v. Portfolio Recovery Associates, LLC
(Adv. Proc. No. 21-02008-JAD)

BY THE COURT:

FILED
3/8/21 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com |
| Lauren Marshall Burnette | on behalf of Defendant Portfolio Recovery Associates lburnette@messerstrickler.com  kpetersen@messerstrickler.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |

Case 17-23458-CMB    Doc 127    Filed 03/10/21    Entered 03/11/21 00:41:16    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Mark G. Moynihan
    on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Marie Strickler
    on behalf of Defendant Portfolio Recovery Associates nstrickler@messerstrickler.com achristenson@messerstrickler.com,jross@messerstrickler.com,kolson@messerstrickler.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12