**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br><br>      Respondents | Case No.17-23458CMB<br><br>Chapter 13<br><br>Related to: Document No. 135 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  24th  day of  January , 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Rent A Center<br>
Attn: Payroll Manager<br>
5501 Headquarters<br>
Plano,TX 75024

is hereby ordered to immediately terminate the attachment of the wages of SUSAN R. MISKOVISH, social security number XXX-XX-8278.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SUSAN R. MISKOVISH.

*Carlota M. Böhm* /glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/24/22 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Kevin Abramowicz | |
| | on behalf of Interested Party Lynn Turner kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | |
| | on behalf of Interested Party Richard S. Skowronski  Jr. kabramowicz@eastendtrialgroup.com, ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | |
| | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |

| | |
|---|---|
| Kevin Abramowicz | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Lauren Marshall Burnette | on behalf of Defendant Portfolio Recovery Associates  LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Mark G. Moynihan | on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Nicole Marie Strickler | on behalf of Defendant Portfolio Recovery Associates  LLC nstrickler@messerstrickler.com, achristenson@messerstrickler.com,kolson@messerstrickler.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Glen P. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Susan R. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 16