Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Glen P. Miskovish**
**aka Glen Patrick Miskovish**
**Susan R. Miskovish**
**aka Susan Renee Miskovish**
   Debtor(s)

Bankruptcy Case No.: 17−23458−CMB

Chapter: 13
Docket No.: 140 − 139

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of February, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/11/22.**

                                               <u>Carlota M. Bohm</u>
                                               United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |
| sp | + | East End Trial Group LLC, 6901 Lynn Way, Suite 215, Pittsburgh, PA 15208-2445 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 14684321 | + | Berkheimer, 403 S 3rd St, 2nd Floor, Suite B, Youngwood, PA 15697-5101 |
| 14684320 | + | Berkheimer, HAB-LST, P.O. Box 25156, Lehigh Valley, PA 18002-5156 |
| 14684326 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14684327 | + | Children's Hospital, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14684328 | + | Citifinancial, 2480 East Market Street, York, PA 17402-2409 |
| 14684329 | | Citifinancial, 605 Munn Rd E, C/S Care Depot, Fort Mill, SC 29715-8421 |
| 14684331 | | Comenity Bank/HSN, P.O. Box 5690707, San Antonio, TX 78265-9707 |
| 14684333 | + | Diane L. Figg, 314 Porter Ave Ste A, Scottdale, PA 15683-1262 |
| 14684335 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14684336 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14684339 | | Frick Hospital, Industrial Park Rd Ste 2400, Greensburg, PA 15601 |
| 14684342 | + | Kreinbrook Psychological, 40 Huff Ave, Greensburg, PA 15601-5484 |
| 14699802 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14684356 | | Publisher's Clearing House, P.O. Box 6344, Harlan, IA 51593-1844 |
| 14684357 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684358 | | Specialized Loan Servicing, LLC, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14684359 | | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14691870 | | U.S. Bank, N.A. as trustee for Manufactured, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14885984 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Ave. Suite 109, Greensburg, PA 15601-2341 |
| 14684363 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 14747586 | + | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:04 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14704959 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc., A/C dba GM |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Financial, P O Box 183853, Arlington, TX 76096 |
| 14687792 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14808261 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14684319 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 24 2022 23:35:00 | Alliance One, 4850 Street Rd Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14684322 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 24 2022 23:36:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14684325 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14684323 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2022 23:36:57 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14688793 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 23:36:57 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14684324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14684330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank, PO Box 182272, Columbus, OH 43218-2272 |
| 14684332 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank/Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14684334 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14688287 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14684337 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 23:36:56 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14684338 | + | Email/Text: crdept@na.firstsource.com | Feb 24 2022 23:36:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14918418 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14684340 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14684341 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 23:35:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727872 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14684343 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14684344 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14684349 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:04 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684345 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:14 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14684348 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:36:56 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684346 | + | Email/PDF: pa_dc_claims@navient.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684347 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:04 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14728140 | | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:04 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15232796 | | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2022 23:37:04 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| | | | Feb 24 2022 23:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14684350 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:01 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684351 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:01 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14684352 | | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:09 | Onemain Financial, 6801 Colwell Blvd, Attn C/S Care Dept, Irving, TX 75039-3198 |
| 14684354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14684355 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14703294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684892 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:37:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14684353 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720191 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 23:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14684360 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 24 2022 23:35:00 | Toyota Motor Credit, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14684361 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 24 2022 23:36:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |
| 14684362 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 24 2022 23:36:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing LLC as servicer for Wil |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 68 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com

Kevin Abramowicz
  on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com

Kevin Abramowicz
  on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com

Kevin Abramowicz
  on behalf of Interested Party Lynn Turner kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com

Kevin Abramowicz
  on behalf of Interested Party Richard S. Skowronski  Jr. kabramowicz@eastendtrialgroup.com, ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com

Lauren Marshall Burnette
  on behalf of Defendant Portfolio Recovery Associates  LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com

Laurence A. Mester
  on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mark G. Moynihan
  on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
  on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Marie Strickler
  on behalf of Defendant Portfolio Recovery Associates  LLC nstrickler@messerstrickler.com, achristenson@messerstrickler.com,kolson@messerstrickler.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Shawn N. Wright
  on behalf of Joint Debtor Susan R. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
  on behalf of Debtor Glen P. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 16