**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GLEN P. MISKOVISH<br>SUSAN R. MISKOVISH<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-23458<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/29/2017 and confirmed on 10/10/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 128,906.50 |
| Less Refunds to Debtor | 3,210.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,695.64 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 6,036.26 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,536.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 50,148.72 | 0.00 | 50,148.72 |
|     Acct: 3896 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 3,923.22 | 3,923.22 | 0.00 | 3,923.22 |
|     Acct: 3896 | | | | |
|   DIANE FIGG** | 1,280.92 | 1,280.92 | 0.00 | 1,280.92 |
|     Acct: 2541 | | | | |
|   DIANE FIGG** | 482.43 | 482.43 | 0.00 | 482.43 |
|     Acct: 2542 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0007 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 11,325.00 | 11,325.00 | 1,188.42 | 12,513.42 |
|     Acct: 5604 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 31,923.66 | 31,923.66 | 2,179.02 | 34,102.68 |
|     Acct: 9257 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 1,013.81 | 1,013.81 | 26.04 | 1,039.85 |
|     Acct: 2164 | | | | |
| | | | | 103,491.24 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLEN P. MISKOVISH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLEN P. MISKOVISH | 3,210.86 | 3,210.86 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 4138 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8352 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC*++<br>Acct: 2974 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 5535 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 4329 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PITTSBURGH<br>Acct: 4950 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES INC<br>Acct: 1342 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 9177 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 1037 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 4611 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 5163 | 950.47 | 950.47 | 0.00 | 950.47 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 9145 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 4856 | 459.61 | 459.61 | 0.00 | 459.61 |
| FRICK HOSPITAL<br>Acct: 0171 | 0.00 | 0.00 | 0.00 | 0.00 |
| KREINBROOK PSYCHOLOGICAL ASSOCI/<br>Acct: 2391 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 5211 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 7649 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 0856 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT CFC<br>Acct: 8278 | 5,447.20 | 5,447.20 | 0.00 | 5,447.20 |
| GLHEC & AFFILIATES: GLHEGC NELA US/<br>Acct: 8278 | 3,823.94 | 3,823.94 | 0.00 | 3,823.94 |
| NAVIENT<br>Acct: 0321 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 8206 | 0.00 | 0.00 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE<br>Acct: 5506 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CO**++<br>Acct: L825 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC<br>Acct: 4950 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE**<br>Acct: 5604 | 2,986.92 | 2,986.92 | 0.00 | 2,986.92 |
| UNITED STUDENT AID FUNDS INC (USAF)<br>Acct: 8278 | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

17-23458                                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    MESSER STRICKLER LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8691 | | | | |
|    CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    SUNRISE CREDIT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9259 | | | | |
|    UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0099 | | | | |
| | | | | 13,668.14 |

| TOTAL PAID TO CREDITORS | | | | 117,159.38 |
|---|---|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 0.00 |
| SECURED | 49,949.04 |
| UNSECURED | 13,668.14 |

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GLEN P. MISKOVISH
    SUSAN R. MISKOVISH
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-23458

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |
| sp | + | East End Trial Group LLC, 6901 Lynn Way, Suite 215, Pittsburgh, PA 15208-2445 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 14684321 | + | Berkheimer, 403 S 3rd St, 2nd Floor, Suite B, Youngwood, PA 15697-5101 |
| 14684320 | + | Berkheimer, HAB-LST, P.O. Box 25156, Lehigh Valley, PA 18002-5156 |
| 14684326 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14684327 | + | Children's Hospital, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14684328 | + | Citifinancial, 2480 East Market Street, York, PA 17402-2409 |
| 14684329 | | Citifinancial, 605 Munn Rd E, C/S Care Depot, Fort Mill, SC 29715-8421 |
| 14684331 | | Comenity Bank/HSN, P.O. Box 5690707, San Antonio, TX 78265-9707 |
| 14684333 | + | Diane L. Figg, 314 Porter Ave Ste A, Scottdale, PA 15683-1262 |
| 14684335 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14684336 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14684339 | | Frick Hospital, Industrial Park Rd Ste 2400, Greensburg, PA 15601 |
| 14684342 | + | Kreinbrook Psychological, 40 Huff Ave, Greensburg, PA 15601-5484 |
| 14699802 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14684356 | | Publisher's Clearing House, P.O. Box 6344, Harlan, IA 51593-1844 |
| 14684357 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684358 | | Specialized Loan Servicing, LLC, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14684359 | | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14691870 | | U.S. Bank, N.A. as trustee for Manufactured, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14885984 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Ave. Suite 109, Greensburg, PA 15601-2341 |
| 14684363 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 14747586 | + | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:14 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 23:37:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14704959 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc., A/C dba GM |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 4 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | | Financial, P O Box 183853, Arlington, TX 76096 |
| 14687792 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14808261 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14684319 | + Email/Text: kristin.villneauve@allianceoneinc.com | Feb 24 2022 23:35:00 | Alliance One, 4850 Street Rd Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14684322 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 24 2022 23:36:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14684325 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:03 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14684323 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2022 23:37:06 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14688793 | + Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 23:37:05 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14684324 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14684330 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank, PO Box 182272, Columbus, OH 43218-2272 |
| 14684332 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenity Bank/Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14684334 | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14688287 | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14684337 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 23:36:56 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14684338 | + Email/Text: crdept@na.firstsource.com | Feb 24 2022 23:36:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14918418 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2022 23:35:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14684340 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 24 2022 23:35:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14684341 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 23:35:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727872 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14684343 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14684344 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14684349 | + Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:14 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684345 | + Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:36:56 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14684348 | + Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:36:56 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684346 | + Email/PDF: pa_dc_claims@navient.com | | |

Case 17-23458-CMB    Doc 142    Filed 02/26/22    Entered 02/27/22 00:28:15    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684347 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:14 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14728140 | | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 23:37:04 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15232796 | | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2022 23:37:14 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| | | | Feb 24 2022 23:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14684350 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:01 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684351 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:37:09 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14684352 | | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 23:36:52 | Onemain Financial, 6801 Colwell Blvd, Attn C/S Care Dept, Irving, TX 75039-3198 |
| 14684354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14684355 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:15 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14703294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684892 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:37:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14684353 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720191 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 23:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14684360 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 24 2022 23:35:00 | Toyota Motor Credit, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14684361 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 24 2022 23:36:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |
| 14684362 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 24 2022 23:36:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing LLC as servicer for Wil |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Lynn Turner kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Richard S. Skowronski Jr. kabramowicz@eastendtrialgroup.com, ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Lauren Marshall Burnette | on behalf of Defendant Portfolio Recovery Associates LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Mark G. Moynihan | on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Nicole Marie Strickler | on behalf of Defendant Portfolio Recovery Associates LLC nstrickler@messerstrickler.com, achristenson@messerstrickler.com,kolson@messerstrickler.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Joint Debtor Susan R. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Glen P. Miskovish shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 16