**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Glen P. Miskovish | Social Security number or ITIN   xxx–xx–1140 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Susan R. Miskovish | Social Security number or ITIN   xxx–xx–8278 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23458–CMB | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Glen P. Miskovish                              Susan R. Miskovish
aka Glen Patrick Miskovish                     aka Susan Renee Miskovish

4/20/22                                        **By the court:** Carlota M. Bohm
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23458-CMB
Glen P. Miskovish     Chapter 13
Susan R. Miskovish
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Apr 20, 2022     Form ID: 3180W     Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |
| sp | + | East End Trial Group LLC, 6901 Lynn Way, Suite 215, Pittsburgh, PA 15208-2445 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 14684321 | + | Berkheimer, 403 S 3rd St, 2nd Floor, Suite B, Youngwood, PA 15697-5101 |
| 14684320 | + | Berkheimer, HAB-LST, P.O. Box 25156, Lehigh Valley, PA 18002-5156 |
| 14684326 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14684327 | + | Children's Hospital, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14684328 | + | Citifinancial, 2480 East Market Street, York, PA 17402-2409 |
| 14684329 | | Citifinancial, 605 Munn Rd E, C/S Care Depot, Fort Mill, SC 29715-8421 |
| 14684331 | | Comenity Bank/HSN, P.O. Box 5690707, San Antonio, TX 78265-9707 |
| 14684333 | + | Diane L. Figg, 314 Porter Ave Ste A, Scottdale, PA 15683-1262 |
| 14684335 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14684336 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14684339 | | Frick Hospital, Industrial Park Rd Ste 2400, Greensburg, PA 15601 |
| 14684342 | + | Kreinbrook Psychological, 40 Huff Ave, Greensburg, PA 15601-5484 |
| 14699802 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14684356 | | Publisher's Clearing House, P.O. Box 6344, Harlan, IA 51593-1844 |
| 14684357 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684358 | | Specialized Loan Servicing, LLC, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14691870 | | U.S. Bank, N.A. as trustee for Manufactured, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14885984 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Ave. Suite 109, Greensburg, PA 15601-2341 |
| 14684363 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 14747586 | + | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 17-23458-CMB   Doc 148   Filed 04/22/22   Entered 04/23/22 00:25:42   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| cr | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | 17128-0946 GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + EDI: PHINAMERI.COM | Apr 21 2022 03:38:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + EDI: AISACG.COM | Apr 21 2022 03:38:00 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Apr 21 2022 03:38:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14704959 | EDI: PHINAMERI.COM | Apr 21 2022 03:38:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14687792 | EDI: PHINAMERI.COM | Apr 21 2022 03:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14808261 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14684319 | + Email/Text: kristin.villneauve@allianceoneinc.com | Apr 20 2022 23:33:00 | Alliance One, 4850 Street Rd Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14684322 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 20 2022 23:34:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14684325 | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14684323 | + EDI: CAPONEAUTO.COM | Apr 21 2022 03:38:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14688793 | + EDI: AIS.COM | Apr 21 2022 03:38:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14684324 | + EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14684330 | + EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank, PO Box 182272, Columbus, OH 43218-2272 |
| 14684332 | EDI: WFNNB.COM | Apr 21 2022 03:38:00 | Comenity Bank/Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14684334 | EDI: DISCOVER.COM | Apr 21 2022 03:38:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14688287 | EDI: DISCOVER.COM | Apr 21 2022 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14684337 | + EDI: AMINFOFP.COM | Apr 21 2022 03:38:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14684338 | + EDI: FSAE.COM | Apr 21 2022 03:38:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14918418 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14684340 | EDI: PHINAMERI.COM | Apr 21 2022 03:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14684341 | + EDI: IRS.COM | Apr 21 2022 03:38:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727872 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14684343 | + Email/Text: bankruptcydpt@mcmcg.com | | |

Case 17-23458-CMB   Doc 148   Filed 04/22/22   Entered 04/23/22 00:25:42   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 3180W | Total Noticed: 70 |

| Record # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 20 2022 23:34:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14684344 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14684349 | + | EDI: NAVIENTFKASMSERV.COM | Apr 21 2022 03:38:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684345 | + | Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:13 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14684348 | + | EDI: NAVIENTFKASMSERV.COM | Apr 21 2022 03:38:00 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684346 | + | EDI: NAVIENTFKASMSERV.COM | Apr 21 2022 03:38:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14684347 | + | EDI: NAVIENTFKASMSERV.COM | Apr 21 2022 03:38:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14728140 | | EDI: NAVIENTFKASMSERV.COM | Apr 21 2022 03:38:00 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15232796 | | Email/Text: mtgbk@shellpointmtg.com | Apr 20 2022 23:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14684350 | + | EDI: AGFINANCE.COM | Apr 21 2022 03:38:00 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684351 | + | EDI: AGFINANCE.COM | Apr 21 2022 03:38:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14684352 | | EDI: AGFINANCE.COM | Apr 21 2022 03:38:00 | Onemain Financial, 6801 Colwell Blvd, Attn C/S Care Dept, Irving, TX 75039-3198 |
| 14684354 | | EDI: PRA.COM | Apr 21 2022 03:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14684355 | | EDI: PRA.COM | Apr 21 2022 03:38:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14703294 | | EDI: PRA.COM | Apr 21 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684892 | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14684353 | + | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14684353 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720191 | + | EDI: JEFFERSONCAP.COM | Apr 21 2022 03:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14684357 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:34:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684359 | | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 20 2022 23:34:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14684360 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 20 2022 23:34:00 | Toyota Motor Credit, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14684361 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 20 2022 23:34:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |
| 14684362 | + | Email/Text: BankruptcyNotice@upmc.edu | | |

Case 17-23458-CMB   Doc 148   Filed 04/22/22   Entered 04/23/22 00:25:42   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 3180W | Total Noticed: 70 |

|  |  |  | Apr 20 2022 23:34:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
|---|---|---|---|---|
| 14747586 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:34:00 | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr |  | Specialized Loan Servicing LLC as servicer for Wil |
| cr |  | U.S. Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2022            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Kevin Abramowicz | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Lynn Turner kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Richard S. Skowronski  Jr. kabramowicz@eastendtrialgroup.com, ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Lauren Marshall Burnette | on behalf of Defendant Portfolio Recovery Associates  LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 20, 2022 | Form ID: 3180W | Total Noticed: 70 |

Mark G. Moynihan
    on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Nicole Marie Strickler
    on behalf of Defendant Portfolio Recovery Associates  LLC nstrickler@messerstrickler.com,
    achristenson@messerstrickler.com,kolson@messerstrickler.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Susan R. Miskovish shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Glen P. Miskovish shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 17