IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GLEN P. MISKOVISH
    SUSAN R. MISKOVISH
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-23458

Chapter 13

Related to: Document No. 139

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __20th__ day of __April__, 20 _22_ , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/20/22 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23458-CMB |
| Glen P. Miskovish | Chapter 13 |
| Susan R. Miskovish | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen P. Miskovish, Susan R. Miskovish, 378 Rocktown Rd, Tarrs, PA 15688-2129 |
| sp | + | East End Trial Group LLC, 6901 Lynn Way, Suite 215, Pittsburgh, PA 15208-2445 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Ste. 230, Pittsburgh, PA 15219-3467 |
| 14684321 | + | Berkheimer, 403 S 3rd St, 2nd Floor, Suite B, Youngwood, PA 15697-5101 |
| 14684320 | + | Berkheimer, HAB-LST, P.O. Box 25156, Lehigh Valley, PA 18002-5156 |
| 14684326 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14684327 | + | Children's Hospital, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14684328 | + | Citifinancial, 2480 East Market Street, York, PA 17402-2409 |
| 14684329 | | Citifinancial, 605 Munn Rd E, C/S Care Depot, Fort Mill, SC 29715-8421 |
| 14684331 | | Comenity Bank/HSN, P.O. Box 5690707, San Antonio, TX 78265-9707 |
| 14684333 | + | Diane L. Figg, 314 Porter Ave Ste A, Scottdale, PA 15683-1262 |
| 14684335 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14684336 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14684339 | | Frick Hospital, Industrial Park Rd Ste 2400, Greensburg, PA 15601 |
| 14684342 | + | Kreinbrook Psychological, 40 Huff Ave, Greensburg, PA 15601-5484 |
| 14699802 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14684356 | | Publisher's Clearing House, P.O. Box 6344, Harlan, IA 51593-1844 |
| 14684357 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684358 | | Specialized Loan Servicing, LLC, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14691870 | | U.S. Bank, N.A. as trustee for Manufactured, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14885984 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Ave. Suite 109, Greensburg, PA 15601-2341 |
| 14684363 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 14747586 | + | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 20 2022 23:34:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 20 2022 23:39:17 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 20 2022 23:39:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14704959 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 20 2022 23:34:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| Recip # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 14687792 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 20 2022 23:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14808261 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14684319 | + Email/Text: kristin.villneauve@allianceoneinc.com | Apr 20 2022 23:33:00 | Alliance One, 4850 Street Rd Ste 300, Feasterville Trevose, PA 19053-6643 |
| 14684322 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 20 2022 23:34:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14684325 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2022 23:39:20 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14684323 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 20 2022 23:39:20 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14688793 | + Email/PDF: ebn_ais@aisinfo.com | Apr 20 2022 23:39:14 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14684324 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2022 23:39:17 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14684330 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 20 2022 23:34:00 | Comenity Bank, PO Box 182272, Columbus, OH 43218-2272 |
| 14684332 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 20 2022 23:34:00 | Comenity Bank/Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14684334 | Email/Text: mrdiscen@discover.com | Apr 20 2022 23:33:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14688287 | Email/Text: mrdiscen@discover.com | Apr 20 2022 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14684337 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 20 2022 23:39:14 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14684338 | + Email/Text: crdept@na.firstsource.com | Apr 20 2022 23:34:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14918418 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 20 2022 23:33:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14684340 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 20 2022 23:34:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14684341 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2022 23:34:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727872 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14684343 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14684344 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14684349 | + Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:13 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684345 | + Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:20 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14684348 | + Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:20 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14684346 | + Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:17 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

Case 17-23458-CMB    Doc 149    Filed 04/22/22    Entered 04/23/22 00:25:42    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684347 | + | Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:17 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14728140 | | Email/PDF: pa_dc_claims@navient.com | Apr 20 2022 23:39:20 | Navient CFC, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15232796 | | Email/Text: mtgbk@shellpointmtg.com | Apr 20 2022 23:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14684350 | + | Email/PDF: cbp@onemainfinancial.com | Apr 20 2022 23:39:17 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14684351 | + | Email/PDF: cbp@onemainfinancial.com | Apr 20 2022 23:39:14 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14684352 | | Email/PDF: cbp@onemainfinancial.com | Apr 20 2022 23:39:13 | Onemain Financial, 6801 Colwell Blvd, Attn C/S Care Dept, Irving, TX 75039-3198 |
| 14684354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2022 23:39:18 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14684355 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2022 23:39:21 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14703294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2022 23:39:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684892 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 20 2022 23:39:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14684353 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14720191 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2022 23:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14684357 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:34:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14684359 | | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 20 2022 23:34:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14684360 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 20 2022 23:34:00 | Toyota Motor Credit, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14684361 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 20 2022 23:34:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |
| 14684362 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 20 2022 23:34:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14747586 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:34:00 | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing LLC as servicer for Wil |
| cr | | U.S. Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 68

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Kevin Abramowicz | on behalf of Plaintiff Susan R. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Plaintiff Glen P. Miskovish kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Lynn Turner kabramowicz@eastendtrialgroup.com ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Kevin Abramowicz | on behalf of Interested Party Richard S. Skowronski  Jr. kabramowicz@eastendtrialgroup.com, ktucker@eastendtrialgroup.com;csteiger@eastendtrialgroup.com;smoore@eastendtrialgroup.com |
| Lauren Marshall Burnette | on behalf of Defendant Portfolio Recovery Associates  LLC lburnette@messerstrickler.com, kpetersen@messerstrickler.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Mark G. Moynihan | on behalf of Plaintiff Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Susan R. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Glen P. Miskovish mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Nicole Marie Strickler | on behalf of Defendant Portfolio Recovery Associates  LLC nstrickler@messerstrickler.com, achristenson@messerstrickler.com,kolson@messerstrickler.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Apr 20, 2022 Form ID: pdf900 Total Noticed: 68

Shawn N. Wright
      on behalf of Joint Debtor Susan R. Miskovish shawn@shawnwrightlaw.com
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
      on behalf of Debtor Glen P. Miskovish shawn@shawnwrightlaw.com
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 17